1

2                    IN THE UNITED STATES DISTRICT COURT

3                    FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7   JOHN RAY DYNES,

8              Plaintiff,              CV F 07 1359 LJO WMW P

9        vs.                          ORDER

10

11

12   C/O MEDINA, et al.,

13              Defendants.

14

15        Plaintiff is a state prisoner proceeding pro se in a civil rights action.  This action was

16   initiated by civil complaint filed in the Central District of California and transferred to this

17   district on September 17, 2007.  Plaintiff has been granted leave to proceed in forma pauperis.

18        On October 22 and 24, 2007, Plaintiff submitted numerous documents to the court.

19   Plaintiff's submission appears to include original documents.  Plaintiff is advised that his

20   complaint will be screened in due course.  Until such time as the court issues an order regarding

21   Plaintiff's complaint, Plaintiff need not submit documents to the court.  The court cannot serve as

22   a repository for Plaintiff's evidence.  Originals or copies of evidence (i.e., prison or medical

23   records, witness affidavits, etc.) should not be submitted until the course of litigation brings the

24   evidence into question (for example, on a motion for summary judgment, at trial, or when

25   requested by the court).

26

1

1      Accordingly, IT IS HEREBY ORDERED that the Clerk's Office shall return to Plaintiff
the documents submitted to the court on October 22 and 24, 2007.  IT IS SO ORDERED.

2

**Dated:    October 24, 2007**               **/s/  William M. Wunderlich**
3                                       UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26